# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AARON HUNTER-EL, | : | Civil Action No. 3:18-cv-1771 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| WARDEN DAVID EBBERT, *et al.*, | : | |
| Defendants | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## **ORDER**

AND NOW, to wit, this 19th day of August 2019, upon consideration of the Court's Memorandum of the same date, it is hereby ORDERED that:

1. The action is DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and failure to comply with court orders.

2. The Clerk of Court is directed to CLOSE this case.

3. Any appeal from this Order is DEEMED frivolous and not taken in good faith. 28 U.S.C. § 1915(a)(3).

**BY THE COURT:**

**s/James M. Munley**
**JUDGE JAMES M. MUNLEY**
**United States District Court**